IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Involutions, Inc.; and Roxann Bonta,<br><br>Plaintiffs,<br><br>v.<br><br>Mel Shadowens; Medtrak Technologies, Inc.; and Data Marketing Group, LLC,<br><br>Defendants. | COURT FILE NO. 02-670 (RHK/JMM)<br><br>**STIPULATION AND ORDER EXTENDING TIME OF DEFENDANTS TO RESPOND TO COMPLAINT** |

TO:   THE HONORABLE JOHN M. MASON:

IT IS HEREBY stipulated by the undersigned counsel that Defendants Medtrak Technologies, Inc. and Mel Shadowens be permitted an extension up to and including April 29, 2002, to file responsive pleadings, including counterclaims, to the Complaint in the above-entitled action.

Dated: April __17__, 2002.

FAEGRE & BENSON LLP

By _____
Brian Melendez (#223633)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:  (612) 766-7309
      in association with
THOMPSON HINE LLP
Robert M. Gippin (Ohio #0023478)
Karen Kelly Grasso (Ohio #0063929)
3900 Key Center
127 Public Square
Cleveland, OH 44114-1216
Telephone:  (216) 566-5500

**ATTORNEYS FOR PLAINTIFFS**

FILED APR 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

Dated: April __15__, 2002.

MOSS & BARNETT
A Professional Association

By_____
   Philip J. Young (#283368)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR DEFENDANTS
MEDTRAK TECHNOLOGIES, INC. and
MEL SHADOWENS**

IT IS SO ORDERED:

Dated: __April 14__, 2002.

BY THE COURT:

_____
John M. Mason
Magistrate Judge, U.S. District Court

500941/1

2