UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

INVOLUTIONS, INC.; and ROXANN BONTA,

    Plaintiffs,

vs.

MEL SHADOWENS; MEDTRAK TECHNOLOGIES, INC.; and DATA MARKETING GROUP, LLC,

    Defendants.

No. Civ. 02-670 RHK/JMM

---

## STIPULATION AND ORDER
### ENLARGING TIME FOR SERVING PLEADINGS

---

### Stipulation

The Parties, by their undersigned attorneys, stipulate that:

1. The Parties have reached a tentative agreement compromising and settling this action.

2. Under the Stipulation and Order Extending Time of Defendants to Respond to Complaint (Apr. 19, 2002), Defendants Mel Shadowens and Medtrak Technologies, Inc., must file their pleadings in answer to the Complaint (Mar. 28, 2002) by April 29, 2002.

3. The Summons (Mar. 28, 2002) and Complaint (Mar. 28, 2002) were served upon Defendant Data Marketing Group, LLC, on April 17, 2002. Defendant Data Marketing Group, LLC, must therefore plead or otherwise defend by May 7, 2002.

1

FILED APR 2 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

4. The Parties need a brief additional period during which they can finish negotiating and memorialize the terms of their compromise and settlement.

5. Therefore, they jointly ask that this Court enlarge until May 10, 2002, the time within which each Defendant may serve and file its pleadings in answer to the Complaint (Mar. 28, 2002).

April 25, 2002.

FAEGRE & BENSON LLP

*[signature: Brian Melendez]*

Brian Melendez, No. 223633
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Ph. 612.766.7309
Fax 612.766.1600

in association with

THOMPSON HINE LLP
Robert M. Gippin, No. 0023478 (Ohio)
Karen Kelly Grasso, No. 0063929 (Ohio)
3900 Key Center
127 Public Square
Cleveland, OH 44114-1216
Ph. 216.566.5500

Attorneys for Plaintiffs

April 25, 2002.

                            MOSS & BARNETT P.A.

                            Philip J. Young, No. 283368
                            4800 Wells Fargo Center
                            90 South Seventh Street
                            Minneapolis, Minnesota 55402-4129
                            Ph. 612.347.0300

                            Attorneys for Defendants Mel Shadowens,
                            Medtrak Technologies, Inc. and Data
                            Marketing Group, LLC

### Order

Based on the foregoing stipulation, it is hereby

*Ordered*, That the time within which each Defendant may serve and file its pleadings in answer to the Complaint (Mar. 28, 2002) is enlarged until May 10, 2002.

                            UNITED STATES DISTRICT COURT FOR
                            THE DISTRICT OF MINNESOTA

                            Hon. John M. Mason
                            United States Magistrate Judge

M1:871186.01