IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Involutions, Inc.; and Roxann Bonta, | COURT FILE NO. 02-670 (RHK/JMM) |
| Plaintiffs, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Mel Shadowens; Medtrak Technologies, Inc.; and Data Marketing Group, LLC, | |
| Defendants. | |

Based upon the Stipulation of the parties, through their respective counsel,

IT IS HEREBY ORDERED that all claims in the above-entitled action shall be and hereby are dismissed with prejudice and without costs to any party.

BY THE COURT:

Dated: 5/14, 2002.

John M. Mason
Magistrate Judge, U.S. District Court

503324/1

FILED **MAY 14 2002**
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Involutions, Inc.; and Roxann Bonta, | COURT FILE NO. 02-670 (RHK/JMM) |
| Plaintiffs, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| Mel Shadowens; Medtrak Technologies, Inc.; and Data Marketing Group, LLC, | |
| Defendants. | |

The above-entitled action having been duly compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this action, through their respective undersigned attorneys, that all claims in the above-entitled action may be and hereby are dismissed upon the merits with prejudice and without costs to any party and that the Court may enter judgment herein dismissing the above-entitled action with prejudice upon the merits, without costs to any party and without notice to the parties or their attorneys.

Dated: MAY 10 2002

FAEGRE & BENSON

By _____
Brian Melendez (#223633)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7309

in association with

Dated: 5/11/02

MOSS & BARNETT
A Professional Association

By _____
Philip J. Young (#283368)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

ATTORNEYS FOR DEFENDANTS

503324/1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THOMPSON HINE LLP
Robert M. Gippin (Ohio #0023478)
Karen Kelly Grasso (Ohio #0063929)
3900 Key Center
127 Public Square
Cleveland, OH 44114-1216
Telephone: (216) 566-5500

ATTORNEYS FOR PLAINTIFFS